IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD ALLAN SCOTT, ) | Civil Action No. 7:10cv00379 |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BRISTOL CITY JAIL, <u>et al.</u>, ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the court's memorandum opinion entered on this date, it is **ORDERED and ADJUDGED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and this action is **STRICKEN** from the active docket of the court.

**ENTER:** This October 29, 2010.

_____
UNITED STATES DISTRICT JUDGE